IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL DIAZ,

     Plaintiff,                    No. CIV S-07-1351 LEW JFM P

   vs.

Warden D.K. SISTO, et al.,

     Defendants.         ORDER

                              /

        Plaintiff is a state prisoner proceeding pro se. On July 25, 2007, plaintiff's complaint was dismissed and plaintiff was granted leave to file an amended complaint. Plaintiff was also directed to file an in forma pauperis affidavit or pay the required filing fee.

        On August 29, 2007, plaintiff filed an amended complaint. However, plaintiff failed to sign and date the complaint. (Complaint at 11.) Rule 11 of the Federal Rules of Civil Procedure require that every pleading be signed. Fed. R. Civ. P. 11. Plaintiff will be granted leave to resubmit a signed and dated amended complaint.[1]

        Also, plaintiff has not filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to

---

[1] Plaintiff may seek leave of court to have the exhibits from his August 29, 2007 filing removed and appended to the signed complaint.

1

submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.  Plaintiff is cautioned that failure to provide the completed affidavit or to submit the filing fee will result in a recommendation that this action be dismissed.

  In accordance with the above, IT IS HEREBY ORDERED that:

  1. Within thirty days from the date of this order, plaintiff shall submit the following:

   a. An affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the dismissal of this action; and

   b. A signed and dated amended complaint.

  2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED:  September 12, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; diaz1351.ifp

2