IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL DIAZ,

    Plaintiff,                              No. CIV S-07-1351 LEW JFM P

    vs.

Warden D.K. SISTO, et al.,

    Defendants.                         FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed September 12, 2007, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fees and file a signed and dated amended complaint within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not filed an in forma pauperis affidavit or paid the appropriate filing fee, and has not filed a signed and dated amended complaint.[1] Plaintiff is entitled to amend his complaint once,

---

[1] On October 25, 2007, plaintiff filed a declaration with exhibits (55 pages) pertaining to his claim that he has been deprived of law library access. However, plaintiff has not explained why he needs law library access to file a signed and dated copy of the amended complaint previously submitted to the court on August 29, 2007. Plaintiff does not need law library access to submit a signed copy of this previous filing, nor does he need library access to complete the in forma pauperis affidavit or pay the court's filing fee. Moreover, as a frequent litigator in this court, plaintiff has previously been informed of this requirement in other cases. See CIV S-04-2375 MCE JFM Diaz v. State of California; CIV S-05-2565 FCD KJM Diaz v. DeLapp; CIV S-06-2303 FCD KJM Diaz v. Carey; CIV S-07-0020 WBS CMK Diaz v. Sisto; and CIV S-07-0857 FCD JFM Diaz v. Carey. A court may take judicial notice of court records. See MGIC Indem.

1

1 as a matter of right, which plaintiff did on August 29, 2007.  Accordingly, IT IS HEREBY
2 RECOMMENDED that this action be dismissed without prejudice.
3       These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
5 days after being served with these findings and recommendations, plaintiff may file written
6 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
7 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
8 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
9 F.2d 1153 (9th Cir. 1991).
10 DATED:  October 30, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; diaz1351.fff

---

24 Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119
25 (9th Cir. 1980).  This court cannot proceed until plaintiff has either filed an in forma pauperis affidavit or paid the required filing fee (28 U.S.C. § 1915) and plaintiff has a viable complaint on file.  Rule 11 of the Federal Rules of Civil Procedure requires that all pleadings be signed by the
26 filing party.  Id.